| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SUZANNE ALT, <br><br> Plaintiff, <br><br> v. <br><br> ANESTHESIA SERVICES ASSOCIATES, PLLC, <br><br> Defendant. | Civil Case No.: 3:16-cv-00549 <br> JUDGE TRAUGER <br><br><br> **UNDER SEAL** |
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE *ex rel.* MARY BUTNER, and DANA BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> ANESTHESIA SERVICES ASSOCIATES, PLLC, d/b/a COMPREHENSIVE PAIN SPECIALISTS, PETER KROLL, STEVEN DICKERSON, RONALD WILLIAMS, REX WILLIAMS, TIMOTHY BEACHAM, LINDSAY BISHOP, GILBERTO CARRERO, DENNIS HARRIS, DONALD JONES, FRANK JORDAN, ANDREW KELLER, JAMES LADSON, BARBARA SCHOOLEY, CHARLES LINDSAY, DANIEL MCHUGH, RICHARD MUENCH, TODD PEPPER, ANASTASIA TERESCHUK, DEANNE THREAPLETON, CODY TURNER, J. RANDALL UNDERWOOD, and KYLE PAYNE, <br><br> Defendants. | Civil Case No.: 3:16-cv-00561 <br> JUDGE TRAUGER <br><br><br> **UNDER SEAL** |

[Captions continued on next page.]

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE *ex rel.* JENNIFER PRESSOTTO, <br><br> Plaintiffs, <br><br> v. <br><br> ANESTHESIA SERVICES ASSOCIATES, PLLC, d/b/a COMPREHENSIVE PAIN SPECIALISTS, <br><br> Defendant. | Civil Case No.: 3:16-cv-01856 <br> JUDGE TRAUGER <br><br><br><br> **UNDER SEAL** |
| UNITED STATES OF AMERICA, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF IOWA, THE STATE OF NORTH CAROLINA, THE STATE OF TENNESSEE, and THE STATE OF VIRGINIA, *ex rel.* JUNE KIMBROUGH and SCOTT STEED, <br><br> Plaintiffs, <br><br> v. <br><br> ANESTHESIA SERVICES ASSOCIATES, PLLC, d/b/a COMPREHENSIVE PAIN SPECIALISTS, STEVEN REID DICKERSON, M.D., JOHN DAVIS, AND JOHN DOES 1-30, <br><br> Defendants. | <br><br><br><br><br><br><br><br> Civil Case No.: 3:18-cv-00970 <br> JUDGE TRAUGER <br><br><br><br> **UNDER SEAL** |
| UNITED STATES OF AMERICA and the STATES OF ILLINOIS, INDIANA, IOWA, MICHIGAN, NORTH CAROLINA, TENNESSEE, VIRGINIA *ex rel.* ALLISON CHANCELLOR, <br><br> Plaintiffs, <br><br> v. <br><br> ANESTHESIA SERVICES ASSOCIATES, PLLC d/b/a COMPREHENSIVE PAIN SPECIALISTS, and PHYMED MANAGEMENT LLC d/b/a PHYMED HEALTHCARE GROUP, <br><br> Defendants. | <br><br><br><br> Civil Case No.: 3:19-cv-00102 <br> JUDGE TRAUGER <br><br><br><br> **UNDER SEAL** |

# ORDER

The States of North Carolina, Indiana, Virginia, Illinois, Iowa, Michigan, and the Commonwealth of Virginia having not intervened in this action pursuant to the False Claims Act 31 U.S.C. § 3730(b)(4), as well as their respective State False Claims Act statutes, the Court rules as follows:

IT IS ORDERED that,

1. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States of North Carolina, Indiana, Illinois, Iowa, Michigan, and the Commonwealth of Virginia as provided for in 31 U.S.C. § 3730(b)(1) and the respective plaintiff States' False Claims Act statutes. The States of North Carolina, Indiana, Illinois, Iowa, Michigan, and the Commonwealth of Virginia may order any deposition transcripts and are entitled to intervene in this action for good cause, at any time;

2. the parties shall serve all notices of appeal upon the States of North Carolina, Indiana, Illinois, Iowa, Michigan and the Commonwealth of Virginia;

3. all orders of this Court will be sent to the States of North Carolina, Indiana, Illinois, Iowa, Michigan, and the Commonwealth of Virginia; and that

4. should the relator(s) or the defendant(s) propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the States of North Carolina, Indiana, Illinois, Iowa, Michigan, and the Commonwealth of Virginia before ruling or granting its approval.

IT IS SO ORDERED.

This __23rd__ day of __April__, 2019

_____
United States District Judge