IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and THE STATE OF TENNESSEE** *ex. rel.* **SUZANNE ALT,** *et al.*,<br><br>Plaintiffs,<br><br>*vs.*<br><br>**ANESTHESIA SERVICES ASSOCIATES, PLLC,** *et al.*,<br><br>Defendants. | Case No. 3:16-cv-0549<br>(Consolidated)<br><br>Judge Trauger<br><br>JURY DEMANDED |

### NOTICE OF APPEARANCE OF EDWARD M. YARBROUGH

Edward M. Yarbrough of the law firm of Bone McAllester Norton PLLC hereby gives notice of his appearance as counsel of record for Defendant Steven R. Dickerson, M.D.

Respectfully submitted:

BONE MCALLESTER NORTON PLLC

/s/ Edward M. Yarbrough
Edward M. Yarbrough (TN BPR # 004097)
W. Justin Adams (TN BPR # 022433)
511 Union Street, Suite 1600
Nashville, Tennessee 37219
Telephone: 615-238-6300
Facsimile: 615-238-6301
eyarbrough@bonelaw.com
wjadams@bonelaw.com

**Counsel for Steven R. Dickerson, M.D.**

# CERTIFICATE OF SERVICE

I certify that on August 13, 2019, a copy of the foregoing was served via the Court's electronic case filing system to the following:

Kara F. Sweet, Esq.
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870
Fax: (615) 401-6626
kara.Sweet@usdoj.gov

*Counsel for Plaintiff United States of America*

Phillip H. Bangle, Esq.
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
phillip.bangle@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

Don McKenna, Esq.
Randi McCoy, Esq.
Hare, Wynn, Newell & Newton, L.L.P.
2025 Third Avenue North, Suite 800
Birmingham, AL 35203
Fax: (205) 324-2165
don@hwnn.com
randi@hwnn.com

Irwin B. Venick, Esq.
Dobbins, Venick, Kuhn & Byassee, PLLC
210 25th Avenue North, Suite 1010
Nashville, TN 37203
irwinv@dvlawfirm.com

*Counsel for Relator Suzanna Alt*

W. Gary Blackburn, Esq.
Bryant B. Kroll, Esq.
The Blackburn Firm, PLLC.
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
Fax: (615) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com

Jeffrey S. Roberts, Esq.
Jeffrey S. Roberts & Associates
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
Fax: (615) 425-4401
Jeff@middletninjury.com

*Counsel for Relators Mary Butner and Dana Brown*

Amy L. Easton, Esq.
Collette G. Matzzie, Esq.
Phillips & Cohen LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Fax: (202) 833-1815
cmatzzie@phillipsandcohen.com
aeaston@phillipsandcohen.com

Emily Stabile, Esq.
Phillips & Cohen LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
stabile@pcsf.com

Michael Kanovitz
Loevy & Loevy
311 N. Albertson Street Third Floor
Chicago, IL 60607
Fax: (312) 243-5902
mike@loevy.com

Richard A. Fisher
Richard Fisher Law Office
1008 Tasso Road NE
Cleveland, TN 37323
Fax: (423) 479-8282
Email: richardfisher4@cs.com

*Counsel for Relator Allison Chancellor*

| | |
|---|---|
| Jerry E. Martin, Esq.<br>Seth Marcus Hyatt, Esq.<br>Barrett, Johnston Martin & Garrison, PLLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Fax: (615) 252-3798<br>jmartin@barrettjohnston.com<br>shyatt@barrettjohnston.com<br><br>*Counsel for Relator Jennifer Pressotto* | Avery B. Pardee, Esq.<br>Michael W. Magner, Esq.<br>Michael J. O'Brien<br>Jones Walker LLP<br>201 St. Charles Avenue, 47th Floor<br>New Orleans, LA 70170-5100<br>Fax: (504) 582-8583<br>apardee@joneswalker.com<br>mmagner@joneswalker.com<br>mobrien@joneswalker.com |

Jerry E. Martin, Esq.
Seth Marcus Hyatt, Esq.
Barrett, Johnston Martin & Garrison, PLLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Fax: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

*Counsel for Relator Jennifer Pressotto*

O. Stephen Montagnet, III, Esq.
Zachary Bonner, Esq.
McCraney Montagnet Quin & Noble
602 Steed Road, Suite 200
Ridgeland, MS 39157
Fax: (601) 510-2939
smontagnet@mmqnlaw.com
zbonner@mmqnlaw.com

*Counsel for Relators June Kimbrough and Scott Steed*

Jennifer L. Weaver, Esq.
L. Wells Trompeter, Esq.
Andrew F. Solinger, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Fax (615) 244-6380
Fax: (615) 244-6804
jennifer.weaver@wallerlaw.com
wells.trompeter@wallerlaw.com
andrew.solinger@wallerlaw.com

*Counsel for Anesthesia Services Associates, PLLC, d/b/a Comprehensive Pain Specialists*

D. Alexander Fardon, Esq.
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Fax: (615) 320-3737
afardon@rwjplc.com

*Counsel for Gilberto Carrero, M.D.*

Avery B. Pardee, Esq.
Michael W. Magner, Esq.
Michael J. O'Brien
Jones Walker LLP
201 St. Charles Avenue, 47th Floor
New Orleans, LA 70170-5100
Fax: (504) 582-8583
apardee@joneswalker.com
mmagner@joneswalker.com
mobrien@joneswalker.com

Daniel J. Martin, Esq.
Jones Walker LLP
420 20th Street North, Ste. 1100
Birmingham, AL 35203
Fax: (205) 244-5400
danielmartin@joneswalker.com

David Raybin, Esq.
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, TN 37064
draybin@nashvilletnlaw.com

*Counsel for Peter Kroll, M.D.*

Daniel T. Swanson, Esq.
Jessica Jernigan-Johnson, Esq.
London & Amburn, PLLC
607 Market Street, Suite 900
Knoxville, TN 37902
Fax: (865) 637-4850
dswanson@londonamburn.com
jjerniganjohnson@londonamburn.com

*Counsel for Russell S. Smith*


/s/ Edward M. Yarbrough