# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*; SUZANNE ALT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANESTHESIA SERVICES ASSOCIATES, PLLC, *et al.*, <br><br> Defendants. | Case No. 3:16-cv-0549; <br> Case No. 3:16-cv-0561; <br> Case No. 3:16-cv-1856; <br> Case No. 3:19-cv-0102; <br> Case No. 3:18-cv-0970 <br> (consolidated) <br><br> JUDGE TRAUGER |

### DEFENDANT PETER KROLL, M.D.'S PARTIAL MOTION TO DISMISS THE CONSOLIDATED COMPLAINT IN INTERVENTION OF THE UNITED STATES OF AMERICA AND THE STATE OF TENNESSEE

Dr. Peter Kroll respectfully moves the Court under Federal Rules of Civil Procedure 12 and 9(b) to dismiss the claims in the Consolidated Complaint in Intervention filed by the United States of America and the State of Tennessee (together, "the government") that are premised on allegations that Dr. Kroll violated the federal False Claims Act and Tennessee's equivalent by submitting—or having knowledge that other doctors were submitting—false claims for: urine drug tests ("UDT"); genetic testing to determine the rates at which a patient metabolizes specific drugs; and psychological testing to evaluate a patient's risk of addiction, depression, or suicidal thoughts.[1]

In support of this motion, Dr. Kroll relies upon the accompanying memorandum.

WHEREFORE, Defendant Dr. Kroll requests that the Court enter an order dismissing the government's aforementioned claims against him, with prejudice.

---

[1] That is, Counts I–III as they pertain to the government's allegations of fraudulent schemes involving UDT, genetic testing under CPT code 81225, and psychological testing, and Counts I–IV to the extent they seek to impose vicarious liability on Dr. Kroll for allegedly fraudulent claims submitted by other CPS employees.

Respectfully submitted,

Dated: September 27, 2019

*/s/ Daniel J. Martin*
Daniel J. Martin (admitted *pro hac vice*)
JONES WALKER LLP
420 20th St N, Suite 1100
Birmingham, AL 35203
Tel: (205) 244-5200
Fax: (205) 244-5400
danielmartin@joneswalker.com


Michael W. Magner (admitted *pro hac vice*)
Avery B. Pardee (admitted *pro hac vice*)
Michael J. O'Brien (admitted *pro hac vice*)
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, LA 70170
Tel: (504) 582-8000
Fax: (504) 582-8583
mobrien@joneswalker.com

*Counsel for Defendant Peter Kroll, M.D.*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

Kara F. Sweet
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue S, Suite A-961
Tel: (615) 736-5151
Fax: (615) 401-6626
Kara.Sweet@usdoj.gov

*Counsel for Plaintiff United States of America ex rel.*

Philip H. Bangle
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 741-3054
Philip.Bangle@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

W. Gary Blackburn
Bryant B. Kroll
The Blackburn Firm, PLLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
Tel: (615) 254-7770
Fax: (615) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com

Jeffery S. Roberts
Jeffery S. Roberts and Associates, PLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
Tel: (615) 425-4400
Fax: (615) 425-4401
jeff@middletninjury.com

*Counsel for Relators Mary Butner and Dana Brown*

Don McKenna
Randi McCoy
Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue, N Suite 800
Birmingham, AL 35203
Tel: (205) 328-5330
Fax: (205) 324-2165
don@hwnn.com
randi@hwnn.com

Irwin B. Venick
Dobbins, Venick, Kuhn & Byassee, PLLC
210 25th Avenue, N Suite 1010
Nashville, TN 37203
Tel: (615) 321-5659
irwinv@dvlawfirm.com

Randi McCoy
Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue, N. Suite 800
Birmingham, AL 35203
Tel: (205) 328-5330
Fax: (205) 324-2165
Randi@hwnn.com

*Counsel for Relator Suzanne Alt*

Jerry E. Martin
Seth Marcus Hyatt
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street. Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

*Counsel for Relator Jennifer Pressotto*

Amy L. Easton
Colette G. Matzzie
Phillips & Cohen LLP
2000 Massachusetts Ave. NW
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815
cmatzzie@phillipsandcohen.com
aeaston@phillipsandcohen.com

Emily Stabile
Phillips & Cohen LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000
estabile@pcsf.com

Michael Kanovitz
Loevy & Loevy
311 N Aberdeen Street Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
Fax: (312) 243-5902
mike@loevy.com

Richard A. Fisher
Richard Fisher Law Office
1008 Tasso Road NE
Cleveland, TN 37323
Tel: (423) 479-7009
Fax: (423) 479-8282
Richardfisher4@cs.com

*Counsel for Relator Allison Chancellor*

Daniel T. Swanson
Jessica Jernigan-Johnson
London & Amburn, PLLC
607 Market Street, Suite 900
Knoxville, TN 37902
Tel: (865) 637-0203
Fax: (865) 637-4850
Dswanson@londonamburn.com
Jjerniganjohnson@londonamburn.com

*Counsel for Defendant Russell S. Smith, D.C.*

O. Stephen Montagnet, III
Zachary M. Bonner
McCraney, Montagnet, Quin, & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
Tel: (601) 707-5725
Fax: (601) 510-2939
smontagnet@mmqnlaw.com
zbonner@mmqnlaw.com

*Counsel for Relators June Kimbrough and Scott Steed*

Andrew F. Solinger
Jennifer L. Weaver
L. Wells Trompeter
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
Andrew.solinger@wallerlaw.com
Jennifer.weaver@wallerlaw.com
Wells.Trompeter@wallerlaw.com

*Counsel for Defendant Anesthesia Services, PLLC, d/b/a Comprehensive Pain Specialists*

Edward M. Yarbrough
Justin W. Adams
Bone McAllester Norton, PLLC
511 Union St., Suite 1600
Nashville, TN 37219
Tel: (615) 238-6346
Fax: (615) 687-5787
eyarbrough@bonelaw.com
wjadams@bonelaw.com

*Counsel for Defendant Steven Reid Dickerson, M.D.*

{N3894176.1} 4

Alex Fardon
Riley, Warnock & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615) 320-3737
afardon@rwjplc.com

*Counsel for Defendant Gilbert Carrero, M.S.*

O. Stephen Montagnet, III
Zachary M. Bonner
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
Tel: (601) 707-5725
Fax: (601) 510-2939
smontagnet@mmqnlaw.com
zbonner@mmqnlaw.com

*Counsel for Relators June Kimbrough and Scott Steed*

                                                    */s/ Daniel J. Martin*
                                                    Daniel J. Martin