IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE *ex rel.* SUZANNE ALT, MARY BUTNER, DANA BROWN, JENNIFER PRESSOTTO, JUNE KIMBROUGH, SCOTT STEED and ALLISON CHANCELLOR,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ANESTHESIA SERVICES ASSOCIATES, PLLC, d/b/a COMPREHENSIVE PAIN SPECIALISTS; et al.,<br><br>　　　　　Defendants. | Case No.: 3:16-cv-00549 (consolidated)<br><br>JUDGE TRAUGER<br><br>**JURY TRIAL** |

## [PROPOSED] ORDER

Pursuant to 31 U.S.C. § 3730(b)(1) and Rules 21 and 41 of the Federal Rules of Civil Procedure, the United States and Tennessee having agreed to voluntarily dismiss with prejudice all claims in the above-captioned action against Defendants Anesthesia Services Associates, PLLC d/b/a Comprehensive Pain Specialists ("CPS") and Peter B. Kroll, M.D. ("Dr. Kroll"), and Relators having agreed to voluntarily dismiss their actions, to which the United States and the States have provided written consent and their reasons for such consent, the Court hereby ORDERS as follows:

1. All claims in the Joint Consolidated Complaint in Intervention (ECF 65) against CPS and Dr. Kroll shall be severed;

2. All claims of the United States and Tennessee against CPS and Dr. Kroll shall be dismissed with prejudice;

3. All claims of Relators Suzanne Alt, Mary Butner, Dana Brown, Jennifer Pressotto and Allison Chancellor in the above-captioned actions against all Defendants shall be dismissed with prejudice as to the United States and Tennessee and without prejudice as to the states of Illinois, Indiana, Iowa, Michigan, North Carolina and Virginia, for the reasons previously stated to the Court.

ENTERED this _____ day of _____, 2021.

_____
ALETA A. TRAUGER
United States District Judge